# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DONICE BLOODWORTH, JR., | |
| Plaintiff, | Case No.: 1:22-cv-06261 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Monday, December 12, 2022, at 9:05 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Matthew F. Kennelly, of the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of a Preliminary Injunction.

The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053

DATED: November 28, 2022

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                              /s/ *Keith A. Vogt*
                                              Keith A. Vogt