# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Donice Bloodworth, Jr.

                    Plaintiff,

v.

                                        Case No.:
1:22–cv–06261

Honorable
Matthew F.
Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule A

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for entry of a preliminary injunction [20] is granted. Enter Preliminary Injunction Order. The status and motion hearing set for 12/12/2022 is vacated. The Clerk is directed to unseal the file and is also directed to amend the caption and title of the case to read Donice Bloodworth Jr. vs. HFUN ART et al. Law Firms Jiangip LLC and Keith Vogt, Ltd. are ordered to add all defendant names listed in the Schedule A to the docket within three business days. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p dfMailed The case is set for a telephonic status hearing on 2/23/2023 at 8:55 AM. The following call–in number will be used for the hearing: 888–684–8852, access code 746–1053. Plaintiff is directed to file a status report regarding settlement and service of summons and the preliminary injunction on 2/16/2023. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.